STATE v. MILLER

No. 283P99

Case below: 132 N.C.App. 188

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.

STATE v. MONK

No. 139P99

Case below: 132 N.C.App. 248

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

STATE v. MOSLEY

No. 385A92-3

Case below: Forsyth County Superior Court

Motion by defendant for amendment of order granting certiorari petition denied 22 July 1999.

STATE v. MURPHY

No. 384P99

Case below: 134 N.C.App. 500

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 19 August 1999. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. OKWARA

No. 122P99

Case below: 132 N.C.App. 585

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.